**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:          Ex parte Jesse Andrew Lopez

Appellate case number:      01-17-00586-CR

Trial court case number:      17-DCR-077033

Trial court:                           268th District Court of Fort Bend County

The State has filed an "Amended Rule 2 Motion for Suspension of Rule 31.4 and Motion for Extension of Time to File Motion for Stay of Mandate." The amended motion is **denied**. And, the State has filed an "Amended State's Motion for Stay of Mandate." The amended motion is **dismissed as moot**.

Appellant, Jesse Andrew Lopez, has filed a "Motion to Issue Mandate Immediately And To Set Personal Recognizance Bail." The motion is **dismissed as moot**.

It is so ORDERED.

Judge's signature: /s/ Terry Jennings
                          Acting for the Court

Panel consists of Chief Justice Radack and Justices Jennings and Lloyd.

Date:  October 25, 2018